1  ARKADY ITKIN (SBN 253194)
   arkady@arkadylaw.com
2  LAW OFFICE OF A. ITKIN
3  100 Pine Street, Suite 1250
   San Francisco, CA 94111
4  Tel.: (415) 640-6765
   Fax: (415) 508-3474
5

6  Attorney for Plaintiff
   DAVID LUNA
7

8  JONATHAN A. KLEIN (SBN 162071)
   jaklein@khiplaw.com
9  SWETA H. PATEL (SBN 247115)
   spatel@khiplaw.com
10 MELIS ATALAY (SBN 301373)
   matalay@khiplaw.com
11 KLEIN, HOCKEL, IEZZA & PATEL P.C.
12 455 Market Street, Suite 1480
   San Francisco, CA 94105
13 Tel.: (415) 951-0535
   Fax: (415) 391-7808
14

15 Attorneys for Defendant
   RITE AID CORPORATION
16

17

18                    UNITED STATES DISTRICT COURT

19                    EASTERN DISTRICT OF CALIFORNIA

20

21  DAVID LUNA,                          )  Case No.: 2:17-CV-01641-JAM-KJN
                                         )
22              Plaintiff,               )  **JOINT STIPULATION TO**
23                                       )  **CONTINUE EXPERT WITNESS**
                                         )  **DISCLOUSRE AND RELATED**
24      vs.                              )  **DISCOVERY DATES; PROPOSED**
                                         )  **ORDER**
25  RITE AID CORPORATION; and            )
    DOES 1 through 100, inclusive,       )
26                                       )  Action Filed: July 7, 2017
27              Defendants.              )  Trial Date: June 24, 2019
                                         )
28  _____ )

    JOINT STIPULATION REGARDING EXPERT WITNESS DISCLOSURE
            DEADLINES AND [PROPOSED] ORDER

1  Plaintiff David Luna and Defendant Rite Aid Corporation (collectively

2 herein "the parties"), by and through their respective counsel, enter into the

3 following stipulation to continue expert witness disclosures and all related dates:

4   1.  The parties exchanged their first round of written discovery responses

5 in January and February 2018.

6   2.  Plaintiff's mental and physical health are at issue in this action.

7   3.  Plaintiff was deposed on October 30, 2018. Due to unexpected and

8 unavoidable technical difficulties occasioned by the court reporter, Plaintiff's

9 deposition was unable to be completed. The parties agree that Plaintiff's deposition

10 will continue a second day, which has not yet been set.

11   4.  At deposition, Plaintiff disclosed new information regarding his

12 medical treatment and damages which had not been disclosed in written discovery.

13   5.  No defense witness has yet been deposed.

14   6.  Pursuant to the Court's Pretrial Scheduling Order of September 19,

15 2017, the parties shall make expert witness disclosures by <u>November 5, 2018.</u>

16 Supplemental disclosures and disclosure of any rebuttal experts shall be made by

17 <u>December 3, 2018.</u>

18   7.  In light of the inability to complete party depositions and the related

19 inability to complete follow-up discovery after said depositions, the parties agree

20 there is good cause to extend the expert witness disclosure, supplemental expert

21 witness disclosures, and disclosure of any rebuttal experts by six (6) weeks.

22 WHEREFORE the parties stipulate as follows:

23   1.  That the currently-scheduled dates for expert witness disclosure,

24 supplemental expert witness disclosures, and disclosure of any rebuttal experts be

25 vacated.

26   2.  That the expert witness disclosure date be continued to December 17,

27 2018.

28   3.  That the supplemental expert witness disclosure and disclosure of any

1  rebuttal witness dates be continued to January 14, 2019.

2      4.      That any and all other dates related to expert witness disclosures be

3  continued by six (6) weeks.

4

5  IT IS SO STIPULATED.

6

7

8  DATED: November __, 2018          LAW OFFICE OF A. ITKIN

9                                    /s/

10                                   _____

11                                   ARKADY ITKIN
                                     Attorney for Plaintiff
12                                   DAVID LUNA

13

14  DATED: November __, 2018          KLEIN, HOCKEL, IEZZA & PATEL P.C.

15                                   /s/ Melis Atalay

16                                   _____

17                                   JONATHAN ALLAN KLEIN
                                     SWETA H. PATEL
18                                   MELIS ATALAY
                                     Attorneys for Defendant
19                                   RITE AID CORPORATION

20

21

22

23

24

25

26

27

28

1 **[PROPOSED] ORDER**

2       Having read the above joint stipulations regarding expert witness

3 disclosures, and good cause appearing, it is hereby ordered that the above

4 stipulations are adopted, and all parties must comply with the stipulations as set

5 forth herein and as follows:

6       1.    That the currently-scheduled dates for expert witness disclosure,

7 supplemental expert witness disclosures, and disclosure of any rebuttal experts be

8 vacated.

9       2.    That the expert witness disclosure date be continued to December 17,

10 2018.

11       3.    That the supplemental expert witness disclosure and disclosure of any

12 rebuttal witness dates be continued to January 14, 2019.

13       4.    That any and all other dates related to expert witness disclosures be

14 continued by six (6) weeks.

15

16 IT IS SO ORDERED.

17

18 Dated: 11/2/2018

19

20                          /s/ John A. Mendez

                         JUDGE A. MENDEZ

21                          UNITED STATES DISTRICT COURT

22                          JUDGE

23

24

25

26

27

28