| | |
|---|---|
| 1 | ARKADY ITKIN (SBN 253194) |
| 2 | arkady@arkadylaw.com |
|   | LAW OFFICE OF A. ITKIN |
| 3 | 100 Pine Street, Suite 1250 |
|   | San Francisco, CA 94111 |
| 4 | Tel.: (415) 640-6765 |
| 5 | Fax: (415) 508-3474 |

Attorney for Plaintiff
DAVID LUNA

JONATHAN A. KLEIN (SBN 162071)
jaklein@khiplaw.com
SWETA H. PATEL (SBN 247115)
spatel@khiplaw.com
MELIS ATALAY (SBN 301373)
matalay@khiplaw.com
KLEIN, HOCKEL, IEZZA & PATEL P.C.
455 Market Street, Suite 1480
San Francisco, CA 94105
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LUNA, | ) Case No.: 2:17-CV-01641-JAM-KJN |
| | ) |
| Plaintiff, | ) **SECOND JOINT STIPULATION** |
| | ) **TO CONTINUE EXPERT WITNESS** |
| vs. | ) **DISCLOUSRE AND RELATED** |
| | ) **DISCOVERY DATES; ORDER** |
| RITE AID CORPORATION; and | ) |
| DOES 1 through 100, inclusive, | ) Action Filed: July 7, 2017 |
| | ) Trial Date: June 24, 2019 |
| Defendants. | ) |
| | ) |

JOINT STIPULATION REGARDING EXPERT WITNESS DISCLOSURE
DEADLINES AND [PROPOSED] ORDER

| | |
|---|---|
| 1 | Plaintiff David Luna and Defendant Rite Aid Corporation (collectively |
| 2 | herein "the parties"), by and through their respective counsel, enter into the |
| 3 | following second stipulation to continue expert witness disclosures and all related |
| 4 | dates: |
| 5 |     1.    On November 5, 2018, the Honorable Judge John A. Mendez entered |
| 6 | an order pursuant to the parties' joint stipulation to continue the expert witness |
| 7 | disclosure dates as follows: |
| 8 |         A.    That the currently-scheduled dates for expert witness |
| 9 | disclosure, supplemental expert witness disclosures, and disclosure of any rebuttal |
| 10 | experts be vacated. |
| 11 |         B.    That the expert witness disclosure date be continued to |
| 12 | December 17, 2018. |
| 13 |         C.    That the supplemental expert witness disclosure and disclosure |
| 14 | of any rebuttal witness dates be continued to January 14, 2019. |
| 15 |         D.    That any and all other dates related to expert witness |
| 16 | disclosures be continued by six (6) weeks. |
| 17 |     2.    On November 26, 2018, the parties jointly submitted a stipulation to |
| 18 | submit the above-entitled action to the Voluntary Dispute Resolution Program |
| 19 | ("VDRP") pursuant to Local Rule 271. |
| 20 |     3.    In light of the parties' intent to engage in mediation through the |
| 21 | VDRP and/or private mediation and to avoid the costs associated with expert |
| 22 | witness disclosure, the parties agree there is good cause to extend the expert |
| 23 | witness disclosure, supplemental expert witness disclosures, and disclosure of any |
| 24 | rebuttal experts by six (6) weeks. |
| 25 | WHEREFORE the parties stipulate as follows: |
| 26 | IT IS SO STIPULATED. |
| 27 |     1.    That the currently-scheduled dates for expert witness disclosure, |
| 28 | supplemental expert witness disclosures, and disclosure of any rebuttal experts be |

1 | vacated.

2 |     2.    That the expert witness disclosure date be continued to January 28, 2019.

4 |     3.    That the supplemental expert witness disclosure and disclosure of any rebuttal witness dates be continued to February 25, 2019.

6 |     4.    That any and all other dates related to expert witness disclosures be continued by six (6) weeks.

IT IS SO STIPULATED.

DATED: November 26, 2018    LAW OFFICE OF A. ITKIN

    /s/ Arkady Itkin

_____
ARKADY ITKIN
Attorney for Plaintiff
DAVID LUNA

DATED: November 26, 2018    KLEIN, HOCKEL, IEZZA & PATEL P.C.

    /s/ Sweta H. Patel

_____
JONATHAN ALLAN KLEIN
SWETA H. PATEL
MELIS ATALAY
Attorneys for Defendant
RITE AID CORPORATION

# ORDER

Having read the above joint stipulations regarding expert witness disclosures, and good cause appearing, it is hereby ordered that the above stipulations are adopted, and all parties must comply with the stipulations as set forth herein and as follows:

1. That the currently-scheduled dates for expert witness disclosure, supplemental expert witness disclosures, and disclosure of any rebuttal experts be vacated.

2. That the expert witness disclosure date be continued to January 28, 2019.

3. That the supplemental expert witness disclosure and disclosure of any rebuttal witness dates be continued to February 25, 2019.

4. That any and all other dates related to expert witness disclosures be continued by six (6) weeks.

IT IS SO ORDERED.

Dated: 11/26/2018

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE