ARKADY ITKIN (SBN 253194)
arkady@arkadylaw.com
LAW OFFICE OF A. ITKIN
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel.: (415) 640-6765
Fax: (415) 508-3474

Attorney for Plaintiff
DAVID LUNA

JONATHAN A. KLEIN (SBN 162071)
jaklein@khiplaw.com
SWETA H. PATEL (SBN 247115)
spatel@khiplaw.com
MELIS ATALAY (SBN 301373)
matalay@khiplaw.com
KLEIN, HOCKEL, IEZZA & PATEL P.C.
455 Market Street, Suite 1480
San Francisco, CA 94105
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LUNA,<br><br>    Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 2:17-CV-01641-JAM-KJN<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Action Filed: July 7, 2017<br>Trial Date: June 24, 2019 |

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VDRP

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

IT IS SO STIPULATED.

DATED: November 26, 2018   LAW OFFICE OF A. ITKIN

/s/ Arkady Itkin

_____
ARKADY ITKIN
Attorney for Plaintiff
DAVID LUNA

DATED: November 26, 2018   KLEIN, HOCKEL, IEZZA & PATEL P.C.

/s/ Sweta H. Patel

_____
JONATHAN ALLAN KLEIN
SWETA H. PATEL
MELIS ATALAY
Attorneys for Defendant
RITE AID CORPORATION

IT IS SO ORDERED

Dated: 11/26/2018

/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE