ARKADY ITKIN (SBN 253194)
arkady@arkadylaw.com
LAW OFFICE OF A. ITKIN
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel.: (415) 640-6765
Fax: (415) 508-3474

Attorney for Plaintiff
DAVID LUNA

JONATHAN A. KLEIN (SBN 162071)
jaklein@khiplaw.com
SWETA H. PATEL (SBN 247115)
spatel@khiplaw.com
MELIS ATALAY (SBN 301373)
matalay@khiplaw.com
KLEIN, HOCKEL, IEZZA & PATEL P.C.
455 Market Street, Suite 1480
San Francisco, CA 94105
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LUNA,<br><br>      Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION; and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No.: 2:17-CV-01641-JAM-KJN<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL**<br><br>Action Filed: July 7, 2017<br>Trial Date: June 24, 2019 |

JOINT STIPULATION AND ORDER OF DISMISSAL

| | |
|---|---|
| 1 | Plaintiff DAVID LUNA ("Plaintiff") and Defendant RITE AID |
| 2 | CORPORATION ("Defendant") (collectively, the "Parties"), by and through their |
| 3 | counsel of record herein, hereby stipulate and agree as follows: |
| 4 | WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), the Parties |
| 5 | agree that Plaintiff's Complaint and this entire action can and should be dismissed |
| 6 | with prejudice. |
| 7 | THEREFORE, subject to the approval of the Court, reserving jurisdiction to |
| 8 | enforce the settlement, the Parties stipulate and agree that Plaintiff's Complaint |
| 9 | and this entire action shall be and hereby is dismissed with prejudice, and that each |
| 10 | party shall bear his and its own attorneys' fees and costs in connection with the |
| 11 | prosecution and defense of this action. |
| 12 | IT IS SO STIPULATED. |

DATED: December 21, 2018        LAW OFFICE OF A. ITKIN

/s/ Arkady Itkin
_____
ARKADY ITKIN
Attorney for Plaintiff
DAVID LUNA

DATED: December 21, 2018        KLEIN, HOCKEL, IEZZA & PATEL P.C.

/s/ Melis Atalay
_____
JONATHAN ALLAN KLEIN
SWETA H. PATEL
MELIS ATALAY
Attorneys for Defendant
RITE AID CORPORATION

IT IS SO ORDERED

Dated: 12/21/2018

/s/ John A. Mendez_____
JUDGE MENDEZ
UNITED STATES DISTRICT COURT JUDGE